**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CHRISTOPHER TILLBERRY, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> US TIGER SECURITIES INC. <br><br> Defendant. | **Case No.: 1:26-cv-04223** |
| TAYLOR SHILL, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> US TIGER SECURITIES, INC., <br><br> Defendant. | **Case No.: 1:26-cv-04241** |
| YU LAN, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> US TIGER SECURITIES INC., <br><br> Defendant. | **Case No.: 1:26-cv-04299** |

**ORDER GRANTING PLAINTIFFS' MOTION TO CONSOLIDATE**
**ACTIONS AND APPOINT INTERIM CO-LEAD CLASS COUNSEL**

Having reviewed Plaintiffs' Motion to Consolidate Cases and Appoint Interim Co-Lead

Class Counsel, (the "Motion"), the Parties' briefing on the same, and for good cause shown, the

Court hereby GRANTS the Motion.

IT IS HEREBY ORDERED that:

1.      *Tillberry v. US Tiger Securities Inc.*, No. 1:26-cv-04223, filed on May 20, 2026; *Shill v. US Tiger Securities, Inc.*, No. 1:26-cv-04241, filed on May 20, 2026; and *Lan v. US Tiger Securities Inc.*, No. 1:26-cv-04299, filed on May 22, 2026, (the "Related Cases") are consolidated pursuant to Fed. R. Civ. P. 42(a);

2.      Consolidation of the Related Cases is appropriate because each of the actions arise from the same nucleus of operative facts. Consolidation will eliminate duplicative discovery, prevent inconsistent pretrial rulings, and conserve the resources of the parties, their counsel and the judiciary;

3.      The Related Cases are consolidated under the docket number of the first-filed *Tillberry* case, No. 1:26-cv-04223, presently before this Court and filed in this District, and any future related actions arising from the same data breach as the Related Cases which may be filed in, removed to, or transferred to this Court, under the low-numbered case with the caption *In re US Tiger Securities Inc. Data Breach Litigation*;

4.      Pursuant to Federal Rule of Civil Procedure 23(g), Melissa G. Meyer of Levi & Korsinsky, LLP and Courtney Maccarone of Kopelowitz Ostrow, P.A. are hereby appointed Interim Co-Lead Class Counsel for Plaintiffs;

5.      All deadlines in the Related Cases are vacated; and

6.      Plaintiffs shall file a Consolidated Class Action Complaint within thirty (30) days of the Order; and

IT IS SO ORDERED.

Dated: June 1, 2026

_____
J. PAUL OETKEN
United States District Judge

All filings in the member cases shall be in the lead case, 26-CV-4223. For administrative purposes, the Clerk of Court is directed to close the two other later-filed actions listed above.

2